IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: CR 15-77 |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT'S TRIAL |
| ) | MEMORANDUM |
| ANDRE MICHAEL LAFONTAINE, III ) | |
| ) | |
| Defendant. ) | |

Defendant submits the following trial memorandum for trial in this matter.

## I. PRETRIAL STATEMENT AS TO THE STATUS OF THE CASE

A. This case is set for trial to a jury on October 14, 2015.

B. The estimate for the probable duration of the trial is 1 to 2 days.

C. Defendant is detained.

D. An interpreter is not needed.

E. It is not proposed that a jury be waived.

F. Defendant is charged in a one-count indictment. The indictment alleges that on July 20, 2015, the Defendant threatened to cut the throats of judges in Eldora, in violation of 18 U.S.C. 875(c). The alleged threat occurred in relation to the Defendant's efforts to discover why the Federal Bureau of Investigation (FBI) declined to pursue charges against the Iowa Falls Police Department (IFPD) for violating the Defendant's civil rights.

## II. EVIDENTIARY ISSUES

A. Defendant's Motion in Limine

On October 2, 2015, the Defendant filed a motion in limine seeking to exclude evidence which is unrelated to the instant charge. DCD 18. The Defendant awaits the Court's ruling.

B. Defendant's Witnesses and Exhibits

1. Iowa Falls Police Officers Metz and Lemke, and Video from November 28, 2010.

The Defendant's charge, and necessarily his defense, relate to the events of November 28, 2010. That night ended with Officers Metz and Lemke charging the Defendant with Operating a Motor Vehicle While Under the Influence of Alcohol (OWI) and Eluding. However, before Officers Metz and Lemke arrested the Defendant, they inflicted multiple injuries upon the Defendant's person, including through the use of their tasers. The officers use of force against the Defendant is why the Defendant now finds himself on trial for allegedly threatening judges in Eldora. The Defendant seeks to admit the portion of the OWI video that shows the officers using force against the Defendant, and to examine Officers Lemke and Metz regarding their use of force against the Defendant. Whether Officers Lemke and Metz violated the Defendant's civil rights would tend to prove that the Defendant's alleged threatening communication was not intended as a threat, and was uttered without the requisite knowledge that the statement would be viewed as a threat.

2. Paul De Young, Deputy Clerk of Court for the Northern District of Iowa, and Audio Recording from March 1, 2013.

As a result of the injuries he suffered from Officers' Metz and Lemke use of force, the Defendant filed a claim, alleging a violation of 42 U.S.C. § 1983, against the IFPD in the United States District Court for the Northern District of Iowa. On March 1, 2013, during the pendency of his civil rights lawsuit, the Defendant spoke to Paul De Young regarding the status of his

2

lawsuit. The Defendant recorded their conversation. The Defendant requests that he be permitted to play the audio recording for the jury, and to examine Mr. De Young regarding his statements to the Defendant. The nature and circumstances of their conversation would provide necessary context, and help prove that the alleged threatening communication contained in the Indictment was not made with the necessary mental state.

        3.     Deputy United States Marshal Nicholas Bonifazi

The Defendant does not anticipate calling Deputy Marshal unless the government introduces evidence of the Defendant's alleged threat to Mr. De Young. DCD 18, ¶ 1. In the event the government introduces evidence of the "other crimes" evidence, the Defendant would seek to call Deputy Marshal Bonifazi regarding his investigation of the "other crimes" evidence.

        4.     FBI Special Agent Craig Tomlinson, and Audio Recording from January 30, 2015.

On December 17, 2013, the Defendant wrote the FBI a letter to request that it open an investigation into the incident with the IFPD. On January 30, 2015 Special Agent Tomlinson called the Defendant to notify him that the FBI had determined that the IFPD had not violated his civil rights. The Defendant recorded part of their conversation. On March 16, 2015, the Defendant filed a request under the Freedom of Information Act in response to Special Agent Tomlinson's decision to close the investigation into the incident with the IFPD. The Defendant seeks to examine Special Agent Tomlinson regarding his investigation into the IFPD, and present the audio recording of a portion of his conversation with the Defendant. Because such evidence demonstrates that the Defendant's efforts were for the purpose of furthering his attempt to have the FBI investigate the IFPD, it will tend to prove that the Defendant did not violate § 875(c).

3

5. Items Recovered From the Defendant's Residence.

The Defendant will seek to introduce Defense Exhibits E thru H, listed in the Defendant's Proposed Exhibit List (filed on October 6, 2015). These exhibits show that the Defendant has repeatedly tried to get someone to help him investigate his allegations of civil rights violations committed against him by the IFPD. These exhibits, along with the above-referenced testimonies and exhibits, tend to disprove that the Defendant possessed the requisite mental state to violate § 875(c).

## III. JURY INSTRUCTIONS

The parties have jointly filed proposed jury instructions.

## IV. CONCLUSION

It is anticipated that this case will proceed to trial and will not be resolved by a plea. In this respect, the parties will submit their witness and exhibit lists.

FEDERAL DEFENDER'S OFFICE
320 Third Street SE, Suite 200
Cedar Rapids, IA 52401-1542
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT,
ANDRE MICHAEL LAFONTAINE, III

cc: U.S. Attorney's Office
U.S. Probation Office

**Certificate of Service**

I served a copy of this document on the attorneys of record of all parties as follows:

1. Method of service:   ( X ) electronic filing

2. Date served:   October 6, 2015

I declare that the statements above are true to the best of my information, knowledge, and belief.

By:  /s/ C. Maas