IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-0077-LRR |
| vs. | ) | |
| | ) | |
| ANDRE MICHAEL LAFONTAINE, III, | ) | |
| | ) | |
| Defendant. | ) | |

## TRIAL MEMORANDUM

### I. PRE-TRIAL STATEMENT AS TO THE STATUS OF THE CASE

**(a)** The case set for trial to a jury beginning Wednesday, October 14, 2015, in the United States Courthouse, 111 7th Ave. SE, Cedar Rapids, Iowa. Jury selection is currently scheduled to take place on the morning of trial.

**(b)** The estimate of the probable duration of the trial is one to one-and-a-half days, including jury selection and deliberation.

**(c)** Defendant is detained.

**(d)** An interpreter is not required in this matter.

**(e)** It is not proposed that a jury be waived.

**(f)** The defendant is charged in a one count Indictment with transmitting a threatening communication in interstate commerce.

**(g)** Pertinent statute:

<u>Title 18, United States Code, Section 875(c) provides in pertinent part</u>:
> Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be [guilty of an offense against the laws of the United States].

**(h)** Elements of the Offense:

The crime of transmitting a threatening communication in interstate commerce has three essential elements, which are:

(1) On about July 20, 2015, the defendant knowingly transmitted a communication in interstate commerce, to wit, a message via telephone, as follows:

> Yeah my name is Andre Michael Lafontaine, the third, I'm from Iowa Falls, Iowa, co-state litigant. What I've done is sent you fuckin' retards evidence of corruption multitude of times, I'm getting really fuckin' sick and tired of you people disregarding all the evidence, the profound evidence, that I've sent you, and put in front of Craig, special agent of the FBI, Craig Tomlinson's face --- and have him call me while I record him and tell me that the evidence is no fucking good. So what I'm telling you for the last fuckin' time is that if this fuckin' writ isn't satisfied or investigated properly, these judges in Eldora are gonna get their fuckin throats cut, you fuckin' niggers better do your fuckin' job.

(2) the communication contained a threat to injure another person;

(3) the defendant intended the communication to be threatening and/or knew it would be so viewed.

**(i)** The United States has submitted jointly proposed jury instructions on behalf of the parties in this case.

## II. EVIDENTIARY AND LEGAL ISSUES

The parties have addressed in their respective motions in limine several evidentiary and other issues likely to arise the course of trial. The United States respectfully requests leave to advise the Court of any such issues that may come to light between the present date and the date of trial.

## III. PRE-TRIAL OPENING STATEMENT

The evidence will show that defendant was encountered by police on November 28, 2010, in Iowa Falls, Iowa. As a result of that encounter, defendant was charged and convicted of second offense OWI and eluding following a jury trial in Eldora, Iowa, presided over by District Associate Judge Paul Ahlers. Defendant appealed those convictions to the Iowa Court of Appeals and the convictions were affirmed.

Defendant subsequently pursued complaints concerning what he perceived to be a conspiracy to obstruct justice between the court, the police, and the attorneys in his case. Defendant pursued complaints with a private law firm, the President of the United States, and to the International Association of Anti-Corruption Authorities. Defendant also filed civil law suits on his own in federal court against the Iowa Falls Police Department and separately against the police officers who arrested him. Each of those lawsuits was dismissed by the district court and the dismissals were affirmed on appeal to the Eighth Circuit Court of Appeals.

While litigating his cases in federal district court, defendant contacted the court and spoke to a court employee whom he threatened. When the threat was investigated by the Marshal's Service, defendant denied making a threat and admitted he knew it would be "foolish to do so" and "I know better than that."

Defendant unsuccessfully sought to appeal the dismissals of his federal court cases to the United States Supreme Court. Defendant also sought to have the FBI initiate a civil rights investigation against the police. When the defendant was told by FBI Craig Tomlinson in Iowa there was no basis for such a complaint, defendant sought to file a misconduct complaint against the agent with the Department of Justice. As part of this effort, defendant left the voice mail with the Department of Justice that led to the filing of the instant charge.

Defendant was arrested on July 23, 2015. When approached at his home in Iowa Falls, defendant was in possession of a pocket knife. Defendant admitted he intended his voice mail to be threatening because he wanted to provoke action by government officials. He knew it would be viewed as threatening.

## Conclusion

This memorandum is intended to highlight the offenses charged and to provide a broad outline of what the United States expects to prove at trial. This is not intended as a complete summary of all the evidence the government will seek to present. The actual case to be presented may deviate from the summary outlined

above depending upon availability of witnesses and strategic decisions made by the government prior to or during trial.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By, *Richard L. Murphy*

RICHARD L. MURPHY
Assistant United States Attorney
Rich.murphy@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on October 7, 2015
I electronically filed the foregoing
with the Clerk of the Court using the ECF
system which will send notification
of such filing to the following:

Christopher Nathan

BY:     s/RLM
Assistant United States Attorney