IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDRE MICHAEL LAFONTAINE, III, ) <br> ) <br> Defendant. ) | No. 15-CR-00077-LRR |

## SENTENCING MEMORANDUM

The United States submits the following information regarding the upcoming sentencing hearing in this matter:

### I. WITNESSES

The United States does not anticipate it will call any witnesses at sentencing.

### II. EXHIBITS

The United States does not anticipate it will offer any exhibits at sentencing.

### III. CONTESTED ISSUES

The United States is not aware of any contested issues that will need to be resolved at sentencing other than the final sentence to be imposed.

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/LM

cc: Christopher Nathan

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By, /s/*Richard L. Murphy*

RICHARD L. MURPHY
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401
319-363-6333/319-363-1990 (Fax)
Rich.Murphy@usdoj.gov